IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEXINGTON INSURANCE CO.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-0223-KD-N |
| | ) |
| **WENDY JONES and** | ) |
| **GREGORY JONES,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Defendants' Motion to Dismiss (Doc. 7) be **GRANTED** and that the above-styled action is **DISMISSED** for lack of jurisdiction.  No costs are taxed.

**DONE** and **ORDERED** this the **22nd** day of **July 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**